## 34146. PLESS v. LONDON et al.

NICHOLS, Chief Justice.

This is an appeal from the denial of injunctive relief that was sought in an effort to stop a foreclosure proceeding. The trial court did not err in refusing the injunctive relief sought. The appellee's motion to assess damages for a frivolous appeal is denied.

*Judgment affirmed. All the Justices concur, except Hall, J., who concurs in the judgment only, and Jordan, Hill and Marshall, JJ., who dissent.*

ARGUED OCTOBER 11, 1978 — DECIDED JANUARY 4, 1979 — REHEARING DENIED JANUARY 23, 1979.

*Larry Fowler, Charles Brown,* for appellant.
*Maylon K. London,* for appellees.